# HOUGHTON MIFFLIN COMPANY ET AL. V. RPM, INCORPORATED

[No. 77, September Term, 1982.]

*Decided February 2, 1983.*

The cause was argued before SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ., and W. ALBERT MENCHINE, Associate Judge of Court of Special Appeals (retired), specially assigned.

*Theodore A. Miller* for appellants.

*Mitchell Steven,* with whom was *Patricia McHugh Lambert* on the brief, for appellee.

## O R D E R

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 2nd day of February, 1983

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.